# UNITED STATES DISTRICT COURT

**Eastern** District of **California**

| | |
|---|---|
| LINDSAY RAMIREZ<br>Plaintiff<br><br>V.<br><br>VINCE STALEY<br><br>Defendant | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>CASE NUMBER: 1: 06 at 00324 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

ENTER this   21st   day of   July  ,   2006  .

Signature of Judicial Officer

**/s/ Dennis L. Beck**
Name and Title of Judicial Officer