1  Stan S. Mallison (SBN 184191)
   Hector R. Martinez (SBN 206336)
2  LAW OFFICES OF MALLISON & MARTINEZ
   *StanM@MallisonLaw.com*
3  *HectorM@MallisonLaw.com*
   1042 Brown Avenue, Suite A
4  Lafayette, CA 94549
   Telephone:    (925) 283-3842
5  Facsimile:    (925) 283-3426

6
   Attorneys for PLAINTIFF
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
                            FRESNO DIVISION
11

12                                        )
                                          )
13 LINDSAY RAMIREZ,                       ) Case No.  1:06-CV-00930-OWW-TAG
                                          )
14           PLAINTIFF,                   )  **Order re:**
                                          )  **Notice of Dismissal**
15    vs.                                 )
                                          )
16                                        )
   VINCE STALEY (dba BAKERSFIELD LEGAL    )
17 PROCESS SERVICE)                       )
                                          )
18           Defendants.

19

20

21  _____

22

[proposed] Order re: Notice of Dismissal:  Case No. 1:06-CV-00930-OWW-TAG

**LAW OFFICES OF MALLISON & MARTINEZ**
1042 Brown Avenue
Suite A
Lafayette, CA  94549
925.283.3842

PDF created with pdfFactory trial version www.pdffactory.com

Upon review of the record, the Notice of Dismissal, the representations regarding settlement of the case, this Court find that dismissal is appropriate because the parties have entered into a settlement agreement which resolves the entirely of the matter. The Court having considered the evidence and argument of the parties and records in this action, and GOOD CAUSE APPEARING, HEREBY ORDERS:

That the above captioned case, Lindsay Ramirez v. Vince Staley, 1:06-CV-00930-OWW-TAG is Dismissed.

Date: 2/12/07

/s/ Oliver W. Wanger

Hon. Judge Oliver W. Wanger

**LAW OFFICES OF MALLISON & MARTINEZ**
1042 Brown Avenue
Suite A
Lafayette, CA 94549
925.283.3842

- 2 -

[proposed] Order re: Notice of Dismissal:  Case No. 1:06-CV-00930-OWW-TAG

PDF created with pdfFactory trial version www.pdffactory.com